**Irvin C. HAMM, Respondent,**

v.

**MARVIN WINDOWS & DOORS,**
Self–Insured/Berkley Risk
Adm'rs, Co., Relators,

and

**Arctic Cat, Inc., Self–Insured/Berkley
Risk Adm'rs, Co.,**

and

**Mickelson Chiropractic, Blue Cross/
Blue Shield of Minnesota & Blue
Plus, MN Dep't of Economic Sec., and
MN Dep't of Human Servs, Interve-
nors,**

and

**Special Compensation Fund.**

No. A04–895.

Supreme Court of Minnesota.

July 20, 2004.

Rehearing Denied Aug. 11, 2004.

James S. Pikala, Arthur, Chapman, Ket-
tering, Smetak & Pikala, PA, Minneapolis,
MN, for Marvin Windows & Doors, Rela-
tor.

Jeffrey R. Hannig, Fargo, ND, for Irvin
C. Hamm, Respondent.

Richard L. Plagens, Lommen, Nelson,
Cole & Stageberg, P.A., Minneapolis, MN,
for Arctic Cat, Inc., Respondent.

John R. Baumgarth, Duluth, MN, for
Special Compensation Fund, Respondent.

■

## ORDER

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed April 21, 2004, be,
and the same is, affirmed without opinion.
*See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney
fees.

BY THE COURT:

/s/Sam Hanson
Associate Justice